NORTH AMERICAN MERCANTILE CO. ET AL. *v.* UNITED STATES

**No. 6019.**—Invoices dated at Nagasaki, Japan, March 7, 1936, etc.
Entered at Los Angeles, Calif., April 1, 1936, etc.
Entry No. 1201, etc.

(Decided May 23, 1944)

*Lawrence & Tuttle (George R. Tuttle* of counsel) for the plaintiffs.
*Paul P. Rao,* Assistant Attorney General (*Daniel I. Auster,* special attorney),
for the defendant.

OLIVER, Presiding Judge: The appeals for reappraisement listed
in schedule A, hereto attached and made a part hereof, have been
submitted for decision upon the following stipulation of counsel for
the parties hereto:

It is hereby stipulated and agreed by and between counsel for plaintiffs and the
Assistant Attorney General, attorney for the United States, subject to the ap-
proval of the court, as to merchandise covered by the reappraisement appeals in
annexed schedule A:

(1) That this stipulation is limited to so much of said merchandise as is de-
scribed in the invoices as clams in 5-ounce cans or tins or clams in 8-ounce cans or
tins; said articles being appraised on the basis of the American selling price in
accordance with the Presidential proclamation published in T. D. 47031.

(2) That such merchandise is the same in all material respects as the imported
clams involved in *United States* v. *Mutual Supply Co. et al.* and *Mutual Supply
Co. et al.* v. *United States,* Reap. Dec. 5950 and that the issues herein are the
same in all material respects as the issues involved in said decision.

(3) That upon the dates of exportation to the United States of the merchandise
covered by these appeals, like or similar merchandise manufactured or produced
in the United States was being freely offered for sale and sold to all purchasers
in the principal market of the United States in the ordinary course of trade and
in the usual wholesale quantities, including all containers and coverings and all
costs, charges, and expenses incident to placing the merchandise in condition
packed ready for delivery, at the following prices per dozen cans or tins; less a
cash discount of 1½ per centum.

*5-ounce size*

| | |
|---|---|
| Jan. 1, 1934 to May 31, 1935 | $1.00 |
| June 1, 1935 to Nov. 30, 1936 | .90 |
| Dec. 1, 1936 to Apr. 30, 1937 | .95 |
| May 1, 1937 to Dec. 31, 1940 | 1.00 |

*8-ounce size*

| | |
|---|---|
| Jan. 1, 1934 to Oct. 31, 1934 | 1.55 |
| Nov. 1, 1934 to May 31, 1935 | 1.60 |
| June 1, 1935 to Nov. 30, 1936 | 1.50 |
| Dec. 1, 1936 to Feb. 28, 1937 | 1.60 |
| Mar. 1, 1937 to Dec. 31, 1940 | 1.65 |

(4) That the record in said Reap. Dec. 5950 may be incorporated herein and
that upon this stipulation these appeals may be deemed submitted, they being
abandoned as to all merchandise except that referred to above.

On the agreed facts I find the American selling price, as that value is defined in section 402 (g) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values for merchandise exported during the specified periods, are as follows:

| 5-ounce size | Per doz. | |
|---|---|---|
| Jan. 1, 1934 to May 31, 1935 | $1.00 | |
| June 1, 1935 to Nov. 30, 1936 | .90 | |
| Dec. 1, 1936 to Apr. 30, 1937 | .95 | |
| May 1, 1937 to Dec. 31, 1940 | 1.00 | |
| **8-ounce size** | | Less 1½ per centum cash discount |
| Jan. 1, 1934 to Oct. 31, 1934 | 1.55 | |
| Nov. 1, 1934 to May 31, 1935 | 1.60 | |
| June 1, 1935 to Nov. 30, 1936 | 1.50 | |
| Dec. 1, 1936 to Feb. 28, 1937 | 1.60 | |
| Mar. 1, 1937 to Dec. 31, 1940 | 1.65 | |

The appeals having been abandoned insofar as they relate to all other merchandise, to that extent the appeals are hereby dismissed. Judgment will be rendered accordingly.